```
 1  J. MICHAEL KALER, SBN 158296
 2  KALER LAW OFFICES
    9930 Mesa Rim Road, Suite 200
 3  San Diego, California 92121
    Telephone (858) 362-3151
 4  michael@kalerlaw.com
 5
 6  MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
 7  9930 Mesa Rim Road, Suite 1600
    San Diego, California 92121
 8  Telephone (858) 362-3150
 9  mak@kramerlawip.com
10
11  Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
12  DEVELOPMENT TRUST
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

C08 00096 JL

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. <br><br><br><br><br><br> **NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of pending cases related to the present case.

Specifically, SRDT gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"):

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* filed January 5, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*PowerStation LLC, et al v. Sorensen Research and Development Trust,* Case No. 07-cv-04167 RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices claim. No summons or complaint have been served. Transfer is not recommended because case involves different parties and different products, and adds a state law cause of action.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al,* Case No. 07-CV-2321 BTM JMA, filed December 11, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer

due January 31, 2008. Transfer is not recommended because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 06CV1572BTN CAB, filed in the Federal District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers. The case has been stayed. Transfer is not recommended because case involves different parties and different products.

*American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV00730HHK, filed in the Federal District Court for the District of Columbia. Complaint was filed April 20, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV02690, filed in the Federal District Court for the Northern District of Illinois. Complaint was filed May 11, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. C075568, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent. Amended Complaint filed; Answer pending; Defendant motion for stay set for January 18, 2007. Consolidation is not recommended.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. C075525, filed October 30, 2007 in the United States District Court for the Northern District of California. Default request filed December 13, 2007. Consolidation is not recommended

Case No. ____

3.

because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Giant International, Inc., et al*, Case No. 07-CV-2121, filed November 6, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent. Initial pleadings exchanged; ENE set for January 28, 2008. Transfer is not recommended.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 07cv2278 IEG LSP, filed December 4, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent. Complaint is out for service. Transfer is not recommended because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 07cv2277 JAH BLM, filed December 4, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent. Complaint is out for service. Transfer is not recommended because case involves different parties and different products.

DATED this Friday, January 04, 2008.

    JENS ERIK SORENSEN, as Trustee of
    SORENSEN RESEARCH AND DEVELOPMENT
    TRUST, Plaintiff

    _____
    Melody A. Kramer, Esq.
    J. Michael Kaler
    Attorney for Plaintiff