UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust,

    Plaintiff(s),

v.

Ampro Tools Corporation, et al.,

    Defendant(s).

No. C 08-00096 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/9/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")