1   J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
2   9930 Mesa Rim Road, Suite 200
3   San Diego, California 92121
    Telephone (858) 362-3151
4   michael@kalerlaw.com

5

6   MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
7   9930 Mesa Rim Road, Suite 1600
    San Diego, California 92121
8   Telephone (858) 362-3150
9   mak@kramerlawip.com

10

11  Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
12  DEVELOPMENT TRUST

13

14

15              UNITED STATES DISTRICT COURT

16      FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                  OAKLAND DIVISION

18
    JENS ERIK SORENSEN, as Trustee of   ) Case No. C08-000096 CW
19  SORENSEN RESEARCH AND               )
    DEVELOPMENT TRUST,                  )
20                                      )
                                        ) FIRST AMENDED NOTICE OF
21                      Plaintiff       ) RELATED CASES
                                        )
22     v.                               )
                                        )
23  AMPRO TOOLS CORPORATION, a          )
    California Corporation; and DOES 1 –)
24  100,                                )
25                                      )
                        Defendants.     )
26                                      )
                                        )
27  _____)

28

1      Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as

2    TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST

3    ("SRDT"), hereby gives FIRST AMENDED notice of pending cases related to the

4    present case.

5      Specifically, SRDT gives notice of the following related cases that all arise

6    from alleged infringement of United States Patent Number 4,935,184 ("the '184

7    patent"):

8      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

9    *Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed

10   January 11, 2008 in the United States District Court for the District of Southern

11   California. Plaintiff alleges infringement of the '184 patent by Defendants.

12   Consolidation is not recommended because this related case involves different

13   parties and has different products at issue.

14     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

15   *Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11,

16   2008 in the United States District Court for the District of Southern California.

17   Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation is not

18   recommended because this related case involves different parties and has a single

19   different product at issue.

20     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

21   *Trust v. Emerson Electric CO., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed

22   January 10, 2008 in the United States District Court for the District of Southern

23   California. Plaintiff alleges infringement of the '184 patent by Defendants.

24   Consolidation is not recommended because this related case involves different

25   parties and has different products at issue.

26     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

27   *Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB,

28   filed January 4, 2008 in the United States District Court for the District of Southern

1   California. Plaintiff alleges infringement of the '184 patent by Defendants.

2   Consolidation is not recommended because this related case involves different

3   parties and has different, unrelated products at issue.

4       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

5   *Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the

6   United States District Court for the District of Northern California. Plaintiff alleges

7   infringement of the '184 patent by Defendants. Consolidation is not recommended

8   because this related case involves different parties and has different unrelated

9   products at issue.

10      *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case

11  No. 07-cv-04167 RBH, filed December 31, 2007 in the United States District Court

12  for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184

13  patent is invalid and not infringed by them, and also makes an unfair trade practices

14  claim. No summons or complaint have been served. Transfer is not recommended

15  because case involves different parties and different products, and adds a state law

16  cause of action.

17      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

18  *Trust v. Energizer Holdings, Inc., et al*, Case No. 3:07-CV-2321-BTM-CAB, filed

19  December 11, 2007 in the United States District Court for the Southern District of

20  California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer

21  due January 31, 2008. Transfer is not recommended because case involves different

22  parties and different products.

23      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

24  *Trust v. The Black & Decker Corporation, et al,* Case No.: 3:06-CV-1572-BTM-

25  CAB, filed August 7, 2006 in the Federal District Court for the Southern District of

26  California. Plaintiff alleges infringement of the '184 patent by Black & Decker and

27  its suppliers. The case has been stayed. Transfer is not recommended because case

28  involves different parties and different products.

Case No. 08cv00096 CW

1       *American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil
2   Case No.: 07-CV-00730-HHK, filed in the Federal District Court for the District of
3   Columbia.  Complaint was filed April 20, 2007.  Plaintiff seeks declaratory judgment
4   that the '184 patent is invalid and not infringed by them.  No summons has been
5   issued or served yet.  Transfer is not recommended.

6       *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case
7   No.: 07-CV-02690, filed in the Federal District Court for the Northern District of
8   Illinois.  Complaint was filed May 11, 2007.  Plaintiff seeks declaratory judgment
9   that the '184 patent is invalid and not infringed by them.  No summons has been
10  issued or served yet.  Transfer is not recommended.

11      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
12  *Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-cv-05568-JSW,
13  filed November 1, 2007 in the United States District Court for the Northern District
14  of California.  Plaintiff alleges infringement of the '184 patent.  Amended Complaint
15  filed. The case has been stayed. Consolidation is not recommended.

16      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
17  *Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-05525-JSW, filed
18  October 30, 2007 in the United States District Court for the Northern District of
19  California.   Default request filed December 13, 2007.   Consolidation is not
20  recommended because case involves different parties and different products.

21      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
22  *Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed
23  November 6, 2007 in the United States District Court for the Southern District of
24  California.   Plaintiff alleges infringement of the '184 patent.   Initial pleadings
25  exchanged; ENE set for January 28, 2008.  Transfer is not recommended.

26      *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*
27  *Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed
28  December 4, 2007 in the United States District Court for the Southern District of

Case No. 08cv00096 CW

1    California.    Plaintiff alleges infringement of the '184 patent.    Complaint is out for

2    service.    Transfer is not recommended because case involves different parties and

3    different products.

4        *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

5    *Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December

6    4, 2007 in the United States District Court for the Southern District of California.

7    Plaintiff alleges infringement of the '184 patent.    Complaint is out for service.

8    Transfer is not recommended because case involves different parties and different

9    products.

10

11   DATED this Friday, January 18, 2008.

12                                    JENS ERIK SORENSEN, as Trustee of
                                      SORENSEN RESEARCH AND DEVELOPMENT
13                                    TRUST, Plaintiff

14

15

16

17                                    /s./ Melody A. Kramer

                                      Melody A. Kramer, Esq.
18                                    J. Michael Kaler
                                      Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28