
ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern   District of   California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

E-FILING

V.

AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C08 00096



JL

TO: (Name and address of Defendant)
AMPRO TOOLS CORPORATION
c/o Agent for Service of Process
CELIA CHU
1108 ELMSFORD DR
CUPERTINO, CA 95014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

_____  DATE JAN 0 7 2008

(By) DEPUTY CLERK
Tiffany Salinas-Harwell

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: MELODY A. KRAMER, KRAMER LAW OFFICE 9930 MESA RIM RD., STE 1600 SAN DIEGO, CA 92126 Telephone No: 858-362-3150 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | |
| Plaintiff: JENS ERIK SORENSEN | | |
| Defendant: AMPRO TOOLS CORPORATION | | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: C08 00096 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Related Cases; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout ; Notices; Contents Of Joint Case Management Statement; Consent To Assignment Or Request For Reassignment; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Order Setting Initial Case Management Conference And Adr Deadlines ; Order Setting Case Management Conference; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge.

3. a. Party served: AMPRO TOOLS CORPORATION
   b. Person served: CELIA CHU, AGENT AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served: 1108 ELMSFORD DRIVE
   CUPERTINO, CA 95014

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 15, 2008 at: 11:11AM by leaving the copies with or in the presence of:
   CONNIE SHITT, SECRETARY.
   (1) **(Business)** I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AMPRO TOOLS CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER          d. *The Fee for Service was:* $95.70
   **b. FIRST LEGAL INVESTIGATIONS**   e. I am: (3) registered California process server
   301 CIVIC CENTER DRIVE WEST           (i) Owner
   SANTA ANA, CA 92702                   (ii) Registration No.: 190
   c. (714) 550-1375                     (iii) County: Marin

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

Date: Tue, Jan. 22, 2008

Judicial Council Form POS-010         PROOF OF SERVICE              DOUG SCHROEDER
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL                     901392.melkr.109039

| Attorney or Party without Attorney: MELODY A. KRAMER, KRAMER LAW OFFICE 9930 MESA RIM RD., STE 1600 SAN DIEGO, CA 92126 Telephone No: 858-362-3150    FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | |
| Plaintiff: JENS ERIK SORENSEN | | | | |
| Defendant: AMPRO TOOLS CORPORATION | | | | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: C08 00096 JL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Related Cases; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout ; Notices; Contents Of Joint Case Management Statement; Consent To Assignment Or Request For Reassignment; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Order Setting Initial Case Management Conference And Adr Deadlines ; Order Setting Case Management Conference; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:        Tue., Jan. 15, 2008
    b. Place of Mailing:       SAN DIEGO, CA  92101
    c. Addressed as follows:   AMPRO TOOLS CORPORATION
                               1108 ELMSFORD DRIVE
                               CUPERTINO, CA  95014

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jan. 15, 2008 in the ordinary course of business.

5. Person Serving:                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. MARIA ROMICH                                      d. *The Fee for Service was:*
    b. FIRST LEGAL SUPPORT SERVICES                      e. I am: Not a Registered California Process Server
       1111 6TH AVENUE
       SUITE 204
       SAN DIEGO, CA  92101
    c. 619-231-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Tue, Jan. 22, 2008                                                        (MARIA ROMICH)

Judicial Council Form POS-010                          PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007                     By Mail                        901392.melkr.109039