MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　Plaintiff<br>　v.<br><br>AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100,<br><br>　　　　　　　　Defendants. | Case No. CV08-000096 CW<br><br>**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO *FED.R.CIV.P.* RULE 55(a) AGAINST DEFENDANT AMPRO TOOLS CORPORATION** |

1  TO THE CLERK:

2      PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and
3  Development Trust ("SRDT") hereby requests the clerk to enter the default of
4  Defendant Ampro Tools Corporation pursuant to Fed.R.Civ.P. Rule 55(a) and 55(b).

5      On January 15, 2008, Defendant Ampro Tools Corporation was personally
6  served pursuant to *Fed.R.Civ.P.* Rule 4.    (Docket # 10, Summons Returned
7  Executed).

8      Defendant Ampro Tools Corporation's responsive pleading was due twenty
9  (20) days later, on or before February 4, 2008. No responsive pleading was filed as
10 reflected in the court docket, thereby placing Defendant Ampro Tools Corporation
11 in default.

12     WHEREFORE, Plaintiff requests the Clerk to enter the default of Defendant
13 Ampro Tools Corporation.

15 DATED this 20th day of February, 2008.

17                       JENS ERIK SORENSEN, as Trustee of
                        SORENSEN RESEARCH AND DEVELOPMENT
18                       TRUST, Plaintiff

20                       /s/ Melody A. Kramer

21                       Melody A. Kramer, Esq.
22                       J. Michael Kaler, Esq.
                      Attorneys for Plaintiff