**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

March 26, 2008

RE:  CV 08-00096 CW        Jens Erik Sorensen-v- Ampro Tools Corporation

Default is entered as to Ampro Tools Corporation on 3/26/08.

                                     RICHARD W. WIEKING, Clerk

                                     byClara Pierce  
                                     Case Systems Administrator

NDC TR-4  Rev. 3/89