**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSEN, | No. 07-05525 JSW |
|     Plaintiff, | |
|   v. | |
| FIRST INTERNATIONAL DIGITAL, INC. | |
|     Defendant | |
| _____ | |
| SORENSEN | No. 07-05568 JSW |
|     Plaintiff, | |
|   v. | |
| DIGITAL NETWORKS OF NORTH AMERICA, | |
|     Defendant. | |
| _____ | |
| SORENSEN, | No. 08-00096 CW |
|     Plaintiff, | |
|   v. | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| AMPRO TOOLS CORPORATION, | |
|     Defendant. | |
| _____/ | |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Jeffrey S. White to consider whether these cases are related. Parties shall file any

1  response in opposition to or in support of relating the cases
2  within five (5) days of receipt of this Order.

3
4  Dated  3/26/08                              /s/ Claudia Wilken
5                                              CLAUDIA WILKEN
                                                United States District Judge