MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br>    Plaintiff,<br> v.<br>FIRST INTERNATIONAL DIGITAL, INC.<br>    Defendant.<br>_____ | Case No. C 075525 JSW<br><br>**PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |
| SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br>    Plaintiff,<br> v.<br>DIGITAL NETWORKS NORTH AMERICA,<br>    Defendant.<br>_____ | Case No. 07-05568 JSW |
| SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br>    Plaintiff,<br> v.<br>AMPRO TOOLS CORPORATION<br>    Defendant.<br>_____ | Case No. 08-00096 CW |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("Sorensen") hereby submits its opposition to an order relating the above-captioned cases for the reasons set forth herein.

Pursuant to Civil L.R. 3-12(c), an action is related to another when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*Sorensen v. First International Digital, Inc., et al*, Case No. 07-05525, does not meet these criteria because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases, and because a default judgment has already been entered in the case.

*Sorensen v. Digital Networks North America, Inc., et al*, Case No. 07-05568, does not meet these criteria either because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases.

*Sorensen v. Ampro Tools Corporation,* Case No. 08-00096, does not meet these criteria because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases, and because default has already been entered against the Defendant.

DATED this 31st day of March, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ Melody A. Kramer

        Melody A. Kramer, Esq.
        J. Michael Kaler, Esq.
        Attorneys for Plaintiff

**Proof of Service**

I, Melody A. Kramer, declare:

I am and was at the time of this service working within the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121.

On March 31, 2008, I served the following documents:

**PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

on the parties to this action as follows:

> AMPRO TOOLS CORPORATION
> c/o Agent for Service of Process
> CELIA CHU
> 1108 ELMSFORD DR
> CUPERTINO, CA 95014

By FedEx. I deposited with the FedEx a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee.

I declare that the foregoing is true and correct, and this declaration was executed on March 31, 2008, in San Diego, California.

*/s/ Melody A. Kramer*
Melody A. Kramer, Esq.