UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENS ERICK SORENSEN,

    Plaintiff,

    v.

AMPRO TOOLS CORPORATION

    Defendant.
_____/

No. C 08-00096 CW (WDB)

CLERK'S NOTICE OF REFERENCE
FOR DISCOVERY PURPOSES

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Plaintiff's Motion for Default Judgment that must be filed by May 7, 2008, pursuant to Judge Wilken's Order of April 7, 2008. Before filing the Motion for Default Judgment, counsel for Plaintiff must call Magistrate Judge Brazil's chambers at 510.637.3324 to request a date for a hearing.

Please take note of the requirements of Magistrate Judge Brazil's Standing Order, a copy of which can be found on the Court's website at www.cand.uscourts.gov.

Dated: April 9, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk