MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>       Plaintiff<br>   v.<br><br>AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100,<br><br>       Defendants. | Case No. C08-000096 CW (WDB)<br><br>**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AMPRO TOOLS CORPORATION**<br><br>Date: June 18, 2008<br>Time: 1:30 p.m.<br>Magistrate Judge Wayne D. Brazil<br>Courtroom 4, 3rd Floor<br>1301 Clay Street, Ste 400 S<br>Oakland, CA 94612 |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Defendant Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This Declaration is being submitted in conjunction with Plaintiff's Motion for Default Judgment Against Defendant AmPro Tools Corporation.

4. According to Court records, Defendant AmPro Tools Corporation ("AmPro") has failed to answer or otherwise respond to the Complaint in this case.

5. This failure is consistent with representations and admissions made by Washington state attorney Bruce Kaser, who has represented himself both before and after filing this case as counsel for AmPro.

6. On March 20, 2008, I received a phone call from Mr. Kaser acknowledging that AmPro had received the summons and complaint, and also acknowledged knowing that I had filed a request for entry of default. Default had not yet been entered as of that date.

7. Mr. Kaser asked me to withdraw our request for default, but did not make any representation if or when AmPro would file an Answer. I advised him that if AmPro filed an Answer, our request for default would be mooted.

8. Mr. Kaser and I exchanged emails regarding this case between March 20th and 24th. In my last email, I reminded Mr. Kaser that "[t]he proper way for a party to indicate that it intends to defend a lawsuit is by filing an answer."

9. Since March 24, 2008, I have heard nothing further from Mr. Kaser or AmPro by phone, email, or otherwise. No answer or other pleading has been filed with the Court by AmPro to date.

SWORN TO under penalty of perjury of the laws of the State of California and the United States, this 30th day of April, 2008.

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
Attorney for Plaintiff
mak@kramerlawip.com