UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, a Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMPRO TOOLS CORPORATION, a California corporation,<br><br>Defendant.<br>_____/ | No. C 08-96 CW (WDB)<br><br>ORDER RE MOTION FOR DEFAULT JUDGMENT |

The Court has received plaintiff's Motion for Default Judgment, filed April 30, 2008. Plaintiff's Motion's does little more than request an evidentiary hearing. Plaintiff sets forth no evidence or legal argument in support of his request for entry of default judgment or in support of the requested damages.

Plaintiff's request for an evidentiary hearing is DENIED without prejudice. If plaintiff seeks entry of default judgment against Ampro, plaintiff must file and serve a motion that includes points and authorities and evidence in support of his request. Plaintiff's motion must address, without limitation, (1) whether it is appropriate to enter default judgment under the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986), (2) the amount of damages plaintiff seeks and the legal authorities that

1

1  support plaintiff's contention that he is entitled to damages in the form of a reasonable
2  royalty rate where the damages are sought as a matter of default, (3) argument and
3  authorities supporting plaintiff's proposed method of calculating a reasonable royalty
4  rate where defendant has not appeared and plaintiff may not have evidence
5  establishing defendant's gross sales, and (4) evidence supporting the amount of
6  damages requested.
7      The Court VACATES the hearing scheduled for June 18, 2008.  Plaintiff must
8  contact the Court's staff to reschedule a hearing before filing his revised motion.
9      **The Court ORDERS plaintiff to serve a copy of this order on defendant**
10 **immediately.**
11 IT IS SO ORDERED.
12 Dated: May 2, 2008
13 
14                                                                WAYNE D. BRAZIL
15                                                                 United States Magistrate Judge
16 copies to:
parties of record,
CW, wdb, stats
17
18
19
20
21
22
23
24
25
26
27
28