J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. C08-000096 CW <br><br> **PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil Local Rule 3-16, Plaintiff JENS E. SORENSEN, as TRUSTEE OF

2  THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"),

3  certifies that no such interest is known other than that of the named parties to the

4  action.

5  DATED this Thursday, May 08, 2008.

6                                         JENS ERIK SORENSEN, as Trustee of
7                                         SORENSEN RESEARCH AND DEVELOPMENT
8                                         TRUST, Plaintiff

9

10                                        /s/ Melody A. Kramer
11                                        Melody A. Kramer, Esq.
12                                        J. Michael Kaler
                                          Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Melody A. Kramer declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this Court.

On May 8, 2008, I served on the parties to this action the following documents:

## PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Celia Chu<br>1108 Elmsford Drive<br>Cupertino, CA 95014 | Agent for Service of Process for AmPro Tools Corporation | Federal Express |
| Bruce Kaser<br>Vantage Law PLLC<br>355 N.W. Gilman Blvd.<br>Suite 203<br>Issaquah, WA 98027 | Attorney for AmPro Tools Corporation<br>(no appearance made in this case; probably not authorized to appear in California courts) | Federal Express |

☐  (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☒  (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐  (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐  (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

Case No. 08cv96 CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

☐    (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, May 08, 2008, in San Diego, California.

/s/ Melody A. Kramer

_____

Melody A. Kramer

3.