MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                              Plaintiff<br>   v.<br><br>AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100,<br><br>                              Defendants. | Case No. C08-000096 CW<br><br>***EX PARTE* APPLICATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 26, 2008**<br><br><br>Date:  August 26, 2008<br>Time: 2:00 p.m.<br>Judge Claudia Wilken |

Case No. C08-000096 CW

Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby applies, *ex parte*, for an Order vacating or continuing the date of the Case Management Conference ("CMC"), which is currently scheduled for August 26, 2008, for the following reasons:

1.  Default has already been entered against Defendant in this case (Docket #12);

2.  Plaintiff is finalizing a new motion for default judgment that should be filed with the Court today or tomorrow (Magistrate Judge Brazil requested a more detailed motion at Docket #21); and

3.  No case management beyond the setting of a date for the renewed motion for default is necessary at this stage in the case.

If a CMC is still required by the Court, Plaintiff's counsel respectfully requests leave to appear by telephone.

This request is based upon the court file in this case as referenced above.

DATED this Thursday, August 21, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ Melody A. Kramer
> ──────────────────────────
> Melody A. Kramer, Esq.
> J. Michael Kaler, Esq.
> Attorney for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On August 21, 2008, I served on the parties to this action the following documents:

*EX PARTE* **APPLICATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 26, 2008**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Celia Chu<br>1108 Elmsford Drive<br>Cupertino, CA 95014 | Agent for Service of Process for AmPro Tools Corporation | Federal Express |
| Bruce Kaser<br>Vantage Law PLLC<br>355 N.W. Gilman Blvd.<br>Suite 203<br>Issaquah, WA 98027 | Attorney for AmPro Tools Corporation<br>(no appearance made in this case; probably not authorized to appear in California courts) | Federal Express |

[X] (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, August 21, 2008, in San Diego, California.

/s/ Melody A. Kramer
_____
Melody A. Kramer

3.

Case No. C08-000096 CW