MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>            Plaintiff<br>   v.<br><br>AMPRO TOOLS CORPORATION, a California Corporation; and DOES 1 – 100,<br><br>            Defendants. | Case No. C08-000096 CW<br><br>**[PROPOSED] ORDER ON** ***EX PARTE*** **APPLICATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 26, 2008**<br><br>Date: August 26, 2008<br>Time: 2:00 p.m.<br>Judge Claudia Wilken |

Case No. C08-000096 CW

1  THE COURT, having reviewed Plaintiff's Ex Parte Application to Vacate or
2  Continue Case Management Conference Set for August 26, 2008, and finding good
3  cause, orders as follows:

5  The Case Management Conference which is currently scheduled for August
6  26, 2008 is continued to _____ (or vacated).

8  IT IS SO ORDERED.

10  DATED this _____, 2008.

12  Honorable Claudia Wilken
   United State District Judge

2.

Case No. C08-000096 CW

**PROOF OF SERVICE**

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On August 21, 2008, I served on the parties to this action the following documents:

# [PROPOSED] ORDER ON
# *EX PARTE* APPLICATION TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 26, 2008

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Celia Chu<br>1108 Elmsford Drive<br>Cupertino, CA 95014 | Agent for Service of Process for AmPro Tools Corporation | Federal Express |
| Bruce Kaser<br>Vantage Law PLLC<br>355 N.W. Gilman Blvd.<br>Suite 203<br>Issaquah, WA 98027 | Attorney for AmPro Tools Corporation<br>(no appearance made in this case; probably not authorized to appear in California courts) | Federal Express |

[X] (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, August 22, 2008, in San Diego, California.

/s/ Melody A. Kramer
_____
Melody A. Kramer

Case No. C08-000096 CW

3.