1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5

6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com

10

11
   Attorneys for Plaintiff JENS ERIK SORENSEN,
12 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
13

14

15
                    UNITED STATES DISTRICT COURT
16
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                          OAKLAND DIVISION
18

19 | JENS ERIK SORENSEN, as Trustee of     ) Case No. C08-000096 CW
20 | SORENSEN RESEARCH AND                 )
   | DEVELOPMENT TRUST,                    ) **ORDER ON**
21 |                                       ) ***EX PARTE* APPLICATION TO**
22 |                Plaintiff              ) **VACATE OR CONTINUE CASE**
   |      v.                               ) **MANAGEMENT CONFERENCE**
23 |                                       ) **SET FOR AUGUST 26, 2008**
24 | AMPRO TOOLS CORPORATION, a            )
   | California Corporation; and DOES 1 –  ) Date:  August 26, 2008
25 | 100,                                  ) Time: 2:00 p.m.
26 |                                       ) Judge Claudia Wilken
   |                Defendants.            )
27 |                                       )
28 |  _____ )

Case No. C08-000096 CW

1   THE COURT, having reviewed Plaintiff's Ex Parte Application to Vacate or
2 Continue Case Management Conference Set for August 26, 2008, and finding good
3 cause, orders as follows:

5   The Case Management Conference which is currently scheduled for August
6   26, 2008 is continued to **December 16, 2008, at 2:00 p.m.**

8 IT IS SO ORDERED.

10 DATED this 25th day of Aug., 2008.

            Honorable Claudia Wilken
            United State District Judge