IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERICK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>AMPRO TOOLS CORPORATION,<br><br>    Defendant.<br>_____/ | No. 08-00096 CW<br><br>ORDER CONTINUING MOTION HEARING |

    On October 28, 2008, Defendant AmPro Tools Corporation filed a Motion for Leave to File Responsive Pleadings and noticed the motion for hearing on December 11, 2008.

    IT IS HEREBY ORDERED that the December 11, 2008, hearing date is vacated.  Plaintiff shall file an opposition to the motion by December 18, 2008, and any reply by Defendant will be due December 29, 2008.  A hearing on the motion will be held on January 8, 2009, at 2:00 p.m.

      11/7/08
Dated _____           _____
                                        CLAUDIA WILKEN
                                        United States District Judge

cc: WDB