UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, a Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMPRO TOOLS CORPORATION, a California corporation,<br><br>　　　　Defendant.<br>_____/ | No. C 08-96 CW (WDB)<br><br>ORDER FOLLOWING DECEMBER 8, 2008 STATUS CONFERENCE |

　　On December 8, 2008, the court conducted a status conference in connection with plaintiff's pending Motion for Default Judgment.

　　1.　Defendant did not comply with this court's order directing Scott Wang to file a declaration pertaining to sales of the Accused Products. See, Order Following October 29, 2008 Hearing re Motion for Default Judgment, filed November 3, 2008.

　　2.　District Judge Wilken will proceed to decide defendant's Motion for Leave to File Responsive Pleadings, filed October 28, 2008. Defendant's motion is currently scheduled to be heard January 8, 2009.

　　3.　The undersigned will defer resolution of plaintiff's Motion for Default Judgment, filed August 22, 2008, until Judge Wilken has ruled with respect to

1  defendant's Motion for Leave to File Responsive Pleadings.  If, after receiving Judge
2  Wilken's ruling, it remains necessary to resolve plaintiff's Motion for Default
3  Judgment this court will issue a scheduling order with respect to that motion.
4      4.    If the parties wish to continue the case management conference currently
5  scheduled for December 16, 2008, they must file a stipulation and proposed order
6  seeking relief from Judge Wilken's scheduling order.
7      5.    The procedural alternatives described by Magistrate Judge Brazil at the
8  December 8th status conference will not be followed.
9  IT IS SO ORDERED.
10 Dated: December 9, 2008

                                                                             WAYNE D. BRAZIL
                                                                             United States Magistrate Judge

copies to:
parties of record,
CW, wdb, stats