1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SORENSEN,                                    No. C 08-00096 WDB

10         Plaintiff,                           **ORDER SETTING BRIEFING ON
                                                DEFENDANTS' MOTION TO**
11  v.                                          **COMPEL AND FOR OTHER RELIEF**

12  AMPRO TOOLS CORPORATION, ET AL.,

13         Defendants.
                                          /
14

15         Defendants' Motion to Compel and for Other Relief has been referred by District

16  Judge Wilken to the undersigned.  Plaintiff must file and serve papers responsive to

17  Defendants' motion by June 17, 2009.  The Court will take the matter under submission

18  unless otherwise ordered.

19  **IT IS SO ORDERED.**

20

21  Dated:  June 9, 2009
                                                WAYNE D. BRAZIL
22                                              United States Magistrate Judge

23
24
25
26
27
28

**United States District Court**
For the Northern District of California