IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SORENSEN,

        Plaintiff,

  v.

AMPRO TOOLS CORPORATION,

        Defendant.
                                    /

No. 08-00096 CW

ORDER

    Plaintiff has filed a Motion to Reopen Case on the ground that the Defendant has defaulted on the terms of the settlement agreement reached at a mediation session held on June 29, 2009, before William F. Abrams.  The motion is set for hearing on September 17, 2009.

    IT IS HEREBY ORDERED that the case is referred back to the Mediator for further settlement discussions, either in person or by telephone, to be held before September 17, 2009.  If the Mediator is unable to hold the mediation, the case will be referred to a Magistrate Judge for a settlement conference.

Dated   8/31/09

CLAUDIA WILKEN
United States District Judge

cc:  ADR/Robin Siefkin
     William F. Abrams

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SORENSEN et al,

        Plaintiff,

  v.

AMPRO TOOLS CORPORATION et al,

        Defendant.

                                 /

Case Number: CV08-00096 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William F. Abrams
Bingham McCutchen
1900 University Avenue
East Palo Alto, CA  94303-2233

Dated: August 31, 2009

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk

2